AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
для the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.
DAIRY QUEEN, 217 SC-72 BUSINESS, )
GREENWOOD )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
DAIRY QUEEN, 217 SC-72 BUSINESS, GREENWOOD, as further described in Attachment A to the Affidavit.

located in the _____ District of ____South Carolina____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence related to violations of Title 18 U.S.C. § 1960, and Title 18 U.S.C. § 2, as is more fully described in Attachment B to the Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1960 | Unlicensed Money Transfer Business |
| 18 U.S.C. § 2 | Aiding and Abetting |

The application is based on these facts:
See attached Affidavit with supporting facts.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Rodney J. Naramore, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____08/20/2019____

*Judge's signature*

City and state: Columbia, South Carolina         U.S. Magistrate Judge Shiva V. Hodges
*Printed name and title*