FD-597 (Rev 8-11-94)  Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __272G-CO-3117279__

On (date) __8/21/19__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) __217 SC-72 NW__

(City) __Greenwood SC 29649__

Description of Item(s):

1) $215.00 Cash
2) Iphone with case
3) $1,860.05 cash
4) Republic of India Passport # K5281552
5) $470.00 cash
6) Check Binder
7) Employee Records
8) $2,283.00 cash

Received By: ___[signature]___  Received From: _____
(Signature)                      (Signature)